```
Thomas A. Aceituno, Trustee
2795 E. Bidwell St., Suite 100 #321
Folsom, CA  95630
(916) 985-6486
```

FILED
NOV 1 2 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>HENRICHS, ROBERT ALLAN<br><br>Debtor(s) | Case No. 11-27853-A<br><br>Chapter 7<br><br>BANKRUPTCY RULE 3010<br>REPORT OF TRUSTEE |
|---|---|

Check No: 20029
Amount: $2.10

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

The undersigned, Trustee of the above-entitled estate, having filed a Final Account herein, hereby reports that all checks due to creditors in excess of $5.00 have been included in the Trustee's Declaration of Administrative Expenses and Claims to be Paid.

The following claims have dividends that are less than $5.00 and, therefore the Trustee is remitting the total of all sums owing to said creditors to the United States Bankruptcy Court.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
|  | SEE ATTACHED LIST |  | 2.10 |
|  | Total Dividends Under $5.00: |  | $2.10 |

Dated: 11/09/15

THOMAS A. ACEITUNO, Bankruptcy Trustee

1