Date: 11/09/15

**DIVIDENDS REMITTED TO THE COURT**
Check Number 20029 Dated 11/09/15
Case Number 11-27853 - HENRICHS, ROBERT ALLAN

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Capital One Bank (USA), N.A.**<br>**PO Box 71083**<br>**Charlotte NC 28272-1083**<br>    Account Number - Last 4 digits<br>    7612 | 000003 | 660.99 | 1.25 |
| **American Express Bank, FSB**<br>**c o Becket and Lee LLP**<br>**POB 3001**<br>**Malvern, PA 19355-0701**<br>    Account Number - Last 4 digits<br>    2000 | 000006 | 450.81 | 0.85 |
| ---------- Remittance Total --------------- | | 1,111.80 | 2.10 |

*[signature]*
ACEITUNO, THOMAS A., Trustee



FILED
NOV 1 2 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

COURT1

Printed: 11/09/15 09:47 AM   Ver: 19.00