Thomas A. Aceituno
Bankruptcy Trustee
2795 E. Bidwell St., Suite 100 #321
Folsom, CA 95630
(916) 985-6486

MSTS

FILED

MAR 17 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

ROBERT ALLAN HENRICHS

Debtor(s)

Case No. 11-27853-A-7

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 20030 in the amount of $14,264.92 representing the total amount of unclaimed dividends in the above-captioned estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | Alex Limpin<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA 95661-3820 | 50,000.00 | 94.47 |
| 12 | Andrew Joseph Holding LLC<br>c/o The Martinez Business Immigration<br>2999 Douglas Blvd #215<br>Roseville, CA 95661-3820 | 550,000.00 | 1,039.18 |
| 13 | Gary and Valerie Phillips<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA 95661-3820 | 250,000.00 | 472.35 |
| 14 | Jan Chadler<br>c/o The Martinez Group | 405,000.00 | 765.21 |

| | | | |
|---|---|---|---|
| | | 2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | | |
| | 15 | John Christie Trust<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 536,247.00 | 1,013.19 |
| | 17 | Marguerite K. Thompson Trust<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 250,000.00 | 472.35 |
| | 19 | Bucurenciu Marioara<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 1,113,600.00 | 2,104.05 |
| | 21 | Mark Christie Co-Trustee of the Thompson Trust<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 250,000.00 | 472.36 |
| | 22 | Bucurenciu Roxanne<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 270,000.00 | 510.14 |
| | 23 | Shirley Christie Co-Trustee<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 300,000.00 | 566.82 |
| | 24 | Mokelumne Valley Partners LLC<br>c/o The Martinez Group<br>2999 Douglas Blvd #215<br>Roseville, CA  95661-3820 | 250,000.00 | 472.36 |
| | 25 | ELP Asset Management, LLC<br>c/o Mark Gorton<br>Boutin Jones Inc.<br>555 Capitol Mall #1500<br>Sacramento, CA  95814 | 3,325,072.20 | 6,282.44 |
| | | *Total Unclaimed Dividends:* | | $14,264.92 |

Dated: March 15, 2016

THOMAS   A.   ACEITUNO,   Bankruptcy Trustee